712 A.2d 199

IN THE MATTER OF THOMAS S. PLAIA,
AN ATTORNEY AT LAW.

June 30, 1998.

### ORDER

The Disciplinary Review Board on May 27, 1998, having filed with the Court its decision concluding that **THOMAS S. PLAIA** of **UNION**, who was admitted to the bar of this State in 1982, should

be reprimanded for unethical conduct in four matters including violation of *RPC* 1.1(a) (gross neglect), *RPC* 1.3 (lack of diligence), *RPC* 1.4 (failure to communicate), *RPC* 1.5(c) (failure to provide written fee agreement), *RPC* 1.16(d) (failure to return client file), *RPC* 8.1(b) (failure to cooperate with ethics authorities), and *RPC* 8.4(c) (conduct involving fraud, dishonesty, deceit or misrepresentation);

And the Disciplinary Review Board having further concluded that respondent should practice law under the supervision of a practicing attorney for a period of one year;

And good cause appearing;

It is ORDERED that **THOMAS S. PLAIA** is hereby reprimanded; and it is further

ORDERED that respondent practice law under the supervision of a practicing attorney approved by the Office of Attorney Ethics, other than respondent's law partner or sister, for a period of one year and until further Order of the Court; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.